# Exhibit 2

Charted Claims:

Method Claim: 13

| US7831475B2 | Menufy Website/App ("Accused Instrumentality") |
|---|---|
| 13. A method of ordering comprising: a first customer opening a first menu apparatus having at least one menu display, an input device, a feedback mechanism, and a payment device; | The accused instrumentality practices a method of ordering (e.g., group ordering) comprising: a first customer (e.g., first user using the first computer/first mobile device enabled with the accused instrumentality) opening a first menu apparatus (e.g., first computer/first mobile device enabled with the accused instrumentality's menu) having at least one menu display (e.g., menu displayed on the screen of the computer/mobile device enabled with the accused instrumentality), an input device (e.g., keyboard/touch screen input of the computer/mobile device enabled with the accused instrumentality), a feedback mechanism (e.g., remove, quantity, add to cart, etc, options), and a payment device (e.g., first computer/mobile device enabled with the accused instrumentality used as a payment device). |
| | As shown below, the accused instrumentality i.e., Menufy website/App practices providing a method of ordering (e.g., group ordering) by the first customer using a first computer/mobile device enabled with the accused instrumentality. The computer/mobile device enabled with the accused instrumentality comprises its menu page displayed on the screen of the device. The first user can select an item from the menu page using the keyboard of the computer device/ touch screen input of the mobile device & the feedback mechanism and can pay using the computer/ mobile device enabled with the accused instrumentality that also acts as a payment device. |



[https://www.menufy.com/](https://www.menufy.com/)



https://play.google.com/store/apps/details?id=com.menufy.menufyportal&hl=en



https://play.google.com/store/apps/details?id=com.menufy.menufyportal&hl=en



https://play.google.com/store/apps/details?id=com.menufy.menufyportal&hl=en



App support ⌄

## About this app →

Now you can order Delivery or Carryout from your favorite restaurants ea

- Quickly view and order from Menufy Restaurants around you.
- Find Menufy Restaurants that deliver to your area.
- Pay using Cash, Credit, PayPal, Bitcoin, Bitcoin Cash, Google Pay or Ven
- Get a FREE meal at participating restaurants with Menufy Tasty Rewar

**Updated on**

Apr 16, 2025

Food & Drink

https://play.google.com/store/apps/details?id=com.menufy.menufyportal&hl=en

## 1. CHOOSE YOUR RESTAURANT

first menu apparatus

The first step when ordering food is selecting a restaurant using the iOS or Android mobile apps or from the Menufy.com restaurant directory. It is easy to narrow your selections by filtering based on dietary restrictions, cuisine type, and even free delivery.

When your group agrees on a restaurant, the organizer will then select carryout or provide the desired delivery time. You can conveniently schedule group orders in advance, allowing participants plenty of time to decide on the perfect dish.



*Pick an order type and time for your group order.*

https://restaurant.menufy.com/article/group-ordering

## 3. SUBMIT THE ORDER

After an individual joins the group, a prompt will appear requesting the user's name. Do you need extra cheese? Want to add a protein? Have a nut allergy? No problem. Each member will be able to make specific requests or substitutions before adding items to the cart.



*Customize orders to accommodate individual dietary needs.*

https://restaurant.menufy.com/article/group-ordering



[https://www.kitchengrillny.com/order/#/Item/13159307/1222991](https://www.kitchengrillny.com/order/#/Item/13159307/1222991)

**4. CHECKOUT**

Once a guest submits their portion of the order, their items automatically appear in the organizer's cart under the guest's name. Menufy enables multiple payment methods in addition to credit cards, such as Apple Pay and Venmo, making checkout easy. After checkout, the receipt will display each participant's name alongside their unique order.



*View individual orders before proceeding to checkout.*

https://restaurant.menufy.com/article/group-ordering

| | |
|---|---|
| the first customer viewing a desired page of the first menu apparatus; | The accused instrumentality practices the first customer (e.g., first user using the first computer/mobile device enabled with the accused instrumentality) viewing a desired page (e.g., menu page of the accused instrumentality) of the first menu apparatus (e.g., first computer/mobile device enabled with the accused instrumentality's menu).<br><br><br><br>https://www.menufy.com/ |



https://play.google.com/store/apps/details?id=com.menufy.menufyportal&hl=en



https://play.google.com/store/apps/details?id=com.menufy.menufyportal&hl=en

| | |
|---|---|
| the first customer selecting an item from the first menu apparatus using the input device; | The accused instrumentality practices the first customer (e.g., first user using the first computer/mobile device enabled with the accused instrumentality) selecting an item from the first menu apparatus (e.g., first computer/mobile device enabled with the accused instrumentality's menu) using the input device (e.g., keyboard/touch screen input of the computer/mobile device enabled with the accused instrumentality). |



https://www.menufy.com/



https://play.google.com/store/apps/details?id=com.menufy.menufyportal&hl=en

| | |
|---|---|
| the first customer confirming a menu item was selected by referencing the feedback mechanism; | The accused instrumentality practices the first customer (e.g., first user using the first computer/mobile device enabled with the accused instrumentality) confirming a menu item was selected by referencing the feedback mechanism (e.g., remove, quantity, add to cart, etc, options). |



https://www.menufy.com/



https://play.google.com/store/apps/details?id=com.menufy.menufyportal&hl=en



https://play.google.com/store/apps/details?id=com.menufy.menufyportal&hl=en

### 3. SUBMIT THE ORDER

After an individual joins the group, a prompt will appear requesting the user's name. Do you need extra cheese? Want to add a protein? Have a nut allergy? No problem. Each member will be able to make specific requests or substitutions before adding items to the cart.



*Customize orders to accommodate individual dietary needs.*

https://restaurant.menufy.com/article/group-ordering



https://www.kitchengrillny.com/order/#/Item/13159307/1222991

| the first customer sending the selected items to a remote location for processing; and | The accused instrumentality practices the first customer (e.g., first user using the first computer/mobile device enabled with the accused instrumentality) sending the selected items to a remote location (e.g., the accused instrumentality's kitchen/outlet, etc,) for processing. |



[https://www.menufy.com/](https://www.menufy.com/)

App support  ⌄



remote location

https://play.google.com/store/apps/details?id=com.menufy.menufyportal&hl=en



https://www.kitchengrillny.com/order/#settings

## 1. CHOOSE YOUR RESTAURANT

The first step when ordering food is selecting a restaurant using the iOS or Android mobile apps or from the Menufy.com restaurant directory. It is easy to narrow your selections by filtering based on dietary restrictions, cuisine type, and even free delivery.

When your group agrees on a restaurant, the organizer will then select carryout or provide the desired delivery time. You can conveniently schedule group orders in advance, allowing participants plenty of time to decide on the perfect dish.



remote location

*Pick an order type and time for your group order.*

https://restaurant.menufy.com/article/group-ordering

| the first customer sending information from the first menu apparatus to a second customer operating a second menu apparatus. | The accused instrumentality practices the first customer (e.g., first user using the first computer/mobile device enabled with the accused instrumentality) sending information (e.g., sharing of group order information link) from the first menu apparatus (e.g., first computer/mobile device enabled with the accused instrumentality's menu) to a second customer (e.g., second user using a second desktop or mobile device enabled with the accused instrumentality) operating a second menu apparatus (e.g., second desktop/mobile device enabled with the accused instrumentality's menu).<br><br>As shown below, the accused instrumentality i.e., Menufy website/App practices providing the first user (e.g., first user using the first computer/mobile device enabled with the accused instrumentality) with the ability to share the group order information from its own computer/mobile device to all the participants via a link to add their menu selections to the Group order using their own desktop/mobile devices. |

## 1. CHOOSE YOUR RESTAURANT

The first step when ordering food is selecting a restaurant using the iOS or Android mobile apps or from the Menufy.com restaurant directory. It is easy to narrow your selections by filtering based on dietary restrictions, cuisine type, and even free delivery.

When your group agrees on a restaurant, the organizer will then select carryout or provide the desired delivery time. You can conveniently schedule group orders in advance, allowing participants plenty of time to decide on the perfect dish.

first menu apparatus



*Pick an order type and time for your group order.*

https://restaurant.menufy.com/article/group-ordering

## 2. SHARE THE GROUP ORDER LINK

From the restaurant's online menu, the organizer then selects Group Order to generate a special link that can be shared with members of the group. Unlike with other services, organizers and guests will be able to participate without creating a Menufy account.



*Copy and share a unique order link with your group.*

https://restaurant.menufy.com/article/group-ordering

**GIFTING A SPECIAL OCCASION MEAL**

Whether it's a birthday, Father's Day, or an Employee of the Month celebration, the best thing to receive on a special occasion is the gift of free food. If distance or obligations prevent you from celebrating in person, it's now easy to offer a meal from afar. Using Group Order, simply send that special someone a custom link allowing them to select a dish of their choice without having to pay.

**TEAM LUNCH**

second menu apparatus

Mealtime with your team is simple and painless when ordering online with a Menufy restaurant partner. Group ordering gives employees the freedom to choose and customize items from their desktop or mobile device without requiring them to check out. Share an order link ahead of time with participants, allowing them to select a dish and note any special instructions or allergy information.

**EVENT SPONSORSHIP**

With the Group Order feature, you can also support an event with meals. For example, Menufy is sponsoring an American Cancer Society Relay for Life dinner honoring local cancer survivors. Due to COVID-19, this yearly in-person event has become virtual. With the special Group Order link, all attendees can place their order at the same restaurant from the safety and comfort of their home and then dine in real-time behind their webcam for a socially-distanced celebration.

https://restaurant.menufy.com/article/group-ordering